IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | |
| ANTHONY EUGENE BARNES | : | 1:09CR190-1 |
| ANTOINE LANIER HALL | : | 1:09CR190-2 |
| KEITH ORBIE JAMES | : | 1:09CR190-3 |
| MARCUS DWAYNE PYLES | : | 1:09CR190-4 |

The Grand Jury charges:

COUNT ONE

1. At all times material to this Indictment, Consumer Finance and Payday Cash LLC, located at 119 South Van Buren Road, Eden, North Carolina, was engaged in interstate commerce and an industry which affects interstate commerce.

2. On or about February 17, 2009, in the County of Rockingham, ANTHONY EUGENE BARNES, ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that ANTHONY EUGENE BARNES, ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES did knowingly and unlawfully take and obtain personal property consisting of $600.00 in U.S. currency from the person of and in the presence of an employee of the said business against his will

by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, by displaying a handgun, demanding money, and striking an employee in the head with a handgun to obtain U.S. currency from Consumer Finance and Payday Cash, LLC.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

On or about February 17, 2009, in the County of Rockingham, ANTHONY EUGENE BARNES, ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES, during and in relation to a crime of violence for which each could be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of Title 18, United States Code, Sections 1951 and 2, did knowingly carry and use, by brandishing, a firearm, that is, a silver and black semiautomatic pistol; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

1. At all times material to this Indictment, Eden Jewelry & Repair of Burlington, Inc., located at 2751 South Church Street, Burlington, North Carolina, was engaged in interstate commerce and an industry which affects interstate commerce.

2. On or about February 23, 2009, in the County of Alamance, ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES,

2

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES did knowingly and unlawfully take and obtain personal property consisting of U.S. currency from the person of and in the presence of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, by displaying a handgun to obtain jewelry and U.S. currency from Eden Jewelry & Repair of Burlington, Inc.

All in violation of Title 18, United States Code, Sections 1951 and 2.

COUNT FOUR

On or about February 23, 2009, in the County of Alamance, ANTOINE LANIER HALL, KEITH ORBIE JAMES, and MARCUS DWAYNE PYLES, during and in relation to a crime of violence for which each could be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of Title 18, United States Code, Sections 1951 and 2, did knowingly carry and use, by brandishing, a firearm, that is, a silver and black

3

semiautomatic pistol; in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (c)(1)(C)(i).

A TRUE BILL:

_____
FOREPERSON

/s/ Anand P. Ramaswamy
_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

/s/ Anna Mills Wagoner
_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY